UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>     v.<br><br>MALEEK JAMES,<br><br>                   Defendant. | CASE NO. CR09-0427JLR<br><br>ORDER DENYING MOTION AND RESTRICTING FURTHER FILINGS |

This matter comes before the court upon Defendant Maleek James's, a/k/a Brian Womack's, motion for reconsideration. (Mot. (Dkt. # 467).) For the reasons stated below, the court DENIES the motion.

In this matter, once again, Mr. James has moved for reconsideration of one of the court's orders. On August 9, 2017, the court entered an order denying Mr. James's "Motion to Dismiss Super[s]eding Indictment based on prosecutorial malicious misconduct." (8/9/17 Order (Dkt. # 463).) Subsequently, Mr. James filed a "Motion for Estopel [sic] by Acquiescence; And readdress [sic]." (Mot. for Estopel [sic] (Dkt. #

ORDER - 1

1 | 464).) The court treated the pleading as a motion for reconsideration of the court's prior
2 | order denying the "Motion to Dismiss Super[s]eding Indictment." (9/12/17 Order (Dkt. #
3 | 466).) The court denied the motion for reconsideration on September 12, 2017. (*Id.*)

In his current motion for reconsideration, Mr. James appears to seek reconsideration of the court's order (8/9/17 Order) on Mr. James's motion to dismiss (MTD Superseding Indictment (Dkt. # 461)). He also includes comments about the court's order denying reconsideration (9/12/17 Order). Motions for reconsideration are disfavored and require a showing of manifest error or the existence of new facts or legal authority that could not have been brought to the court's attention earlier. Local Rules W.D. Wash. LCR 12(b)(1)(A). Neither showing is made in Mr. James's motion for reconsideration, and the motion is DENIED.

Mr. James has been previously warned about multiple, meritless motions for reconsideration. (9/12/17 Order at 2.) The Clerk is DIRECTED not to accept further motions relating to Mr. James's 2011 conviction without obtaining leave of the court prior to filing.

Cause number CR09-0427, *United States v. Maleek James*, is transferred to the Honorable Marsha J. Pechman.

Dated this 1st day of October, 2017.

JAMES L. ROBART
United States District Judge